**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                                   Criminal No. 09-cr-97-05-JL

Richard B. Mancini

## O R D E R

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  Defendant drank to excess, associated with Monteiro despite probation's order, and then while with Monteiro delivered a blind side punch to the victim while yelling "I'll give you a reason to call the cops."  He has a history of assaultive behavior.  I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an
attorney for the government, the person in charge of the
corrections facility shall deliver the defendant to the United
States Marshal for the purpose of an appearance in connection
with a court proceeding.

      **SO ORDERED.**

                    _____
                    James R. Muirhead
                    United States Magistrate Judge

Date: July 22, 2009

cc:   Jessica C. Brown, Esq.
      Jennifer C. Davis, Esq.
      U.S. Marshal
      U.S. Probation